# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:22–cv–00905–MHC

Mike v. Martin Luther King Memorial Chapel, LLC et al
Assigned to: Judge Mark H. Cohen
Cause: 29:216(b) Labor – Minimum wage or overtime compensation

Date Filed: 03/03/2022
Date Terminated: 04/14/2022
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Derrick Mike**  represented by  **Victor Severin Roberts**
Barrett & Farahany
PO Box 530092
Atlanta, GA 30353–0092
404–214–0120
Email: severin@justiceatwork.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Martin Luther King Memorial Chapel, LLC**  represented by  **Alfreda Sheppard**
Watson Spence LLP
320 W. Residence Avenue
Albany, GA 31721
229–436–1545
Email: asheppard@watsonspence.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tony Hudson**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2022 | 1 | COMPLAINT with Jury Demand filed by Derrick Mike. (Filing fee $402.00, receipt number AGANDC–11633301) (Attachments: # 1 Civil Cover Sheet)(eop) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 03/04/2022) |
| 03/03/2022 | 2 | Electronic Summons Issued as to Martin Luther King Memorial Chapel, LLC. (eop) (Entered: 03/04/2022) |
| 03/03/2022 | 3 | Electronic Summons Issued as to Tony Hudson. (eop) (Entered: 03/04/2022) |
| 03/08/2022 | 4 | STANDING ORDER regarding civil litigation. Signed by Judge Mark H. Cohen on 3/8/22. (jpa) (Entered: 03/09/2022) |

| 03/10/2022 | [5](#) | Return of Service Executed by Derrick Mike. Martin Luther King Memorial Chapel, LLC served on 3/9/2022, answer due 3/30/2022. (Roberts, Victor) (Entered: 03/10/2022) |
|---|---|---|
| 03/10/2022 | [6](#) | Return of Service Executed by Derrick Mike. Tony Hudson served on 3/9/2022, answer due 3/30/2022. (Roberts, Victor) (Entered: 03/10/2022) |
| 03/30/2022 | [7](#) | STIPULATION *to Enlarge Time to Answer to Complaint* by Derrick Mike. (Roberts, Victor) (Entered: 03/30/2022) |
| 04/14/2022 | [8](#) | Consent MOTION to Change Venue with Brief In Support by Martin Luther King Memorial Chapel, LLC. (Sheppard, Alfreda) (Entered: 04/14/2022) |
| 04/14/2022 | [9](#) | ORDER Granting 8 Consent Motion to Transfer Venue. This case is Transferred to the United States District Court for the Middle District of Georgia.. Signed by Judge Mark H. Cohen on 4/14/2022. (lme) (Entered: 04/14/2022) |
| 04/14/2022 | [ ](#) | Civil Case Terminated. (tmf) (Entered: 04/14/2022) |